1 ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2 MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3 ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney
4
    450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102-3495
    Telephone: (415) 436-7298
6   Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov
7
Attorneys for Defendants
8
                  UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12 BRENDA LETICIA PAZ MENDEZ,
                                          C 3:23-cv-02989 LJC
13             Plaintiff,

14     v.                                 **STIPULATION TO STAY PROCEEDINGS;
                                          ORDER**
15 UR JADDOU, in her Official Capacity as
   Director of United States Citizenship Services
16 (USCIS), *et al.*,

17             Defendants.

18

19     The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay

20 proceedings in this case for a limited time, until January 5, 2024. The parties make this joint request

21 because they are pursuing an administrative resolution that may render further litigation of this case

22 unnecessary.

23     Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application for

24 Asylum and Withholding of Removal.  United States Citizenship and Immigration Services ("USCIS")

25 scheduled an interview for Plaintiff for September 7, 2023.  After Ms. Paz Mendez's interview

26 concludes, USCIS will work expeditiously to finalize the adjudication no later than one hundred twenty

27 (120) days from the date of Ms. Paz Mendez's interview with USCIS, absent the need for further

28
Stip to Stay Proceedings
C 3: 23-cv-02989 LJC                    1

adjudicative action or unforeseen circumstances that would require additional time for adjudication.  If USCIS cancels or reschedules Ms. Paz Mendez's interview, USCIS will reschedule the interview for a date not more than 4 weeks from the originally scheduled date, absent unforeseen or exceptional circumstances.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 5, 2024, at which time the parties will file a joint status report with the Court.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.  In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: August 11, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

_/s/ Elizabeth D. Kurlan_
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: August 10, 2023

_/s/ Jessica T. Arena_
JESSICA T. ARENA
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   August 11, 2023

LISA J. CISNEROS
United States Magistrate Judge